1  JEFFREY C. HALLAM (State Bar No. 161259)
   E-Mail:      *jhallam@sideman.com*
2  LOUIS P. FEUCHTBAUM (State Bar No. 219826)
   E-Mail:      *lfeuchtbaum@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:     (415) 392-1960
5  Facsimile:     (415) 392-0827

6  Attorneys for CISCO SYSTEMS, INC., and
   CISCO TECHNOLOGY, INC.

7

8              **UNITED STATES DISTRICT COURT**

9     **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11 CISCO SYSTEMS, INC., a California         CASE NO. 3:11-cv-01455 WHA
   corporation, and CISCO TECHNOLOGY,
12 INC., a California corporation,

13              Plaintiffs,               **STIPULATION FOR DISMISSAL OF
                                         ACTION WITH PREJUDICE;
14       v.                              [PROPOSED] ORDER**

15 DEXON COMPUTER, INC., a Minnesota      **[Fed. R. Civ. P. 41]**
   corporation,
16
                Defendant.
17  _____

18 DEXON COMPUTER, INC., a Minnesota
   corporation, ,
19
                Counterclaim Plaintiff,
20
         v.
21
   CISCO SYSTEMS, INC., a California
22 corporation,

23              Counterclaim Defendant.

24

25                     **STIPULATION**

26        WHEREAS, on or about March 25, 2011, Cisco Systems, Inc. and Cisco Technology, Inc.

27 ("Plaintiffs") filed a lawsuit against Dexon Computer, Inc. ("Dexon") in the United States District

28 Court for the Northern District of California, titled *Cisco Systems, Inc. and Cisco Technology, Inc.*

1  *v. Dexon Computer, Inc.*, which was finally assigned Case No. 3:11-CV-01455-WHA (the

2  "Complaint"), and;

3       WHEREAS, on or about June 9, 2011, Dexon filed an Amended Answer to the Complaint,

4  which included Counterclaims against Cisco ("Counterclaim"), and;

5       WHEREAS, all Parties in this action have entered into a Confidential Settlement

6  Agreement ("Settlement Agreement"), which was finally executed on December 6, 2011, and;

7       WHEREAS, through that Settlement Agreement, Plaintiffs have agreed to dismiss with

8  prejudice their Complaint against Dexon, with each party to bear their own costs and attorneys'

9  fees, and;

10      WHEREAS, through that Settlement Agreement, Dexon has agreed to dismiss with

11  prejudice its Counterclaim against Cisco Systems, Inc., with each party to bear their own costs and

12  attorneys' fees.

13                                    **AGREEMENT**

14      IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed by the

15  Court in its entirety and with prejudice.

16      IT IS FURTHER AGREED, that the parties shall bear their own costs and attorneys' fees

17  incurred in connection with this action.

18  DATED: December 8, 2011          Respectfully submitted,

19                                   SIDEMAN & BANCROFT LLP

20

21                                   By:   */s/ Louis P. Feuchtbaum*
                                           JEFFREY C. HALLAM
22                                         LOUIS P. FEUCHTBAUM
                                     Attorneys for CISCO SYSTEMS, INC., and CISCO
23                                   TECHNOLOGY, INC.

24

25  DATED:  December 8, 2011         BRIGGS AND MORGAN, P.A.

26

27                                   By:   */s/ Michael M. Lafeber*
                                           MICHAEL M. LAFEBER
28                                         ERIN O. DUNGAN

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA 94111

DATED:  December 8, 2011                 MICLEAN GLEASON, LLP


                                         By:  */s/ David J. Miclean*
                                              DAVID J. MICLEAN

                                         Attorneys for Defendants and Cross-Complainants
                                         DEXON COMPUTER, INC.

## ATTESTATION OF CONSENT OBTAINED FROM SIGNATORIES

## (GENERAL ORDER 45)

        Pursuant to General Order 45, I hereby attest that I obtained the concurrence of all signatories on this document to file this document on their behalf with the Court.  I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.


Executed on December 8, 2011        */s/ Louis P. Feuchtbaum*
                                    Louis P. Feuchtbaum


## [PROPOSED] ORDER

        Pursuant to the Stipulation of the parties as set forth above,

        IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice with each party to bear its own costs and attorneys' fees.

DATED:  December        , 2011


                                         By:  _____
                                              JUDGE, UNITED STATES DISTRICT COURT

2835-75\1358341v1

STIPULATION FOR DISMISSAL OF ACTION

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111